JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH ANN KRAMER, | Case No. 5:19-CV-01044 (VEB) |
| Plaintiff, | JUDGMENT |
| vs. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.

DATED this 29th day of September 2020

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

1

JUDGMENT – KRAMER v SAUL 5:19-CV-01044-VEB